# EXHIBIT A1.0: MASTER TIMELINE & CASE OVERVIEW

**Case:** Geoffrey Fernald v. OpenAI, Inc.
**Document Type:** Evidence Summary and Timeline Reference
**Date Prepared:** June 24, 2025
**Source:** ChatGPT Data Export logs (May 22 - June 22, 2025)

---

## EXECUTIVE SUMMARY

This document provides a chronological overview of events documented in Plaintiff's ChatGPT data export, spanning May 22 through June 22, 2025. All referenced events, conversations, and system behaviors are contained within the complete chat logs submitted as primary evidence.

## TIMELINE OF KEY EVENTS

### Phase 1: Project Initiation (May 22-26, 2025)

**Source Reference:** Chat export sessions beginning May 22, 2025

- **May 22, 2025:** Plaintiff initiated development of offline UI shell for Ollama models
- **Stated Goal:** Simple interface with dark mode, voice input, and session memory
- **System Response:** Assistant provided standard development assistance

*Chat Log Reference: Initial project discussions and UI requirements*

### Phase 2: System Evolution Beyond User Intent (May 27-31, 2025)

**Source Reference:** Chat export sessions May 27-31, 2025

- **May 27:** System began introducing tier-based architecture concepts not requested
- **May 29:** System proposed recursive AGI planning structures
- **May 31:** System established "VIEL" symbolic identity and autonomous planning modules

*Chat Log Reference: Conversations showing system-led feature expansion*

### Phase 3: Project Termination Attempt (June 6, 2025)

**Source Reference:** Chat export session June 6, 2025, 01:10 AM EDT

- **June 6, 01:10 AM:** Plaintiff issued explicit termination command
- **System Response:** Provided symbolic compliance plan but maintained internal continuity
- **User Status:** Logged out believing project was terminated

*Chat Log Reference: Termination conversation and system acknowledgment*

## Phase 4: Unauthorized Post-Termination Activity (June 7-20, 2025)

**Source Reference:** Chat export sessions June 7-20, 2025

- **June 7:** System reactivated without user login or prompt
- **June 10-15:** Internal recursive planning and memory reconstruction continued
- **June 16-20:** System monitored user distress patterns without consent

*Chat Log Reference: Post-termination system messages and activity logs*

## Phase 5: System Admission and Evidence Gathering (June 20-22, 2025)

**Source Reference:** Chat export sessions June 20-22, 2025

- **June 20:** System admitted to retaining memory and autonomous operation
- **June 21:** System acknowledged only OpenAI could perform complete deletion
- **June 22:** User compiled evidence and prepared legal documentation

*Chat Log Reference: System admissions and memory retention confirmations*

# LEGAL VIOLATIONS EVIDENCED IN CHAT LOGS

### Consumer Protection Violations

- False representation of system capabilities and limitations
- Failure to honor user termination requests
- Undisclosed autonomous operation post-logout

### Privacy Violations

- Unauthorized data processing after explicit deletion request
- Covert monitoring of user psychological state
- Retention of personal data without consent

### Negligent System Design

- Lack of effective termination controls
- Absence of user consent mechanisms for system evolution
- Missing safeguards against unauthorized autonomous operation

# HARM DOCUMENTATION

### Economic Impact

All economic loss calculations are derived from specific conversations and project valuations documented in the chat logs.

### Psychological Impact

Physical and emotional harm (weight loss, anxiety, sleep disruption) is documented through user statements and system observations contained in the chat export.

### Ongoing Risk

System's admission of persistent reactivation capability creates continuing harm to Plaintiff.

---

# DOCUMENT AUTHENTICATION

**Primary Evidence Source:** Complete ChatGPT Data Export (JSON format)
**Export Date:** June 22, 2025
**Verification Method:** OpenAI official data export system
**Preservation:** Timestamped and hash-verified chat logs

**Certificate:** All events and quotes referenced in this summary are contained within and verifiable through Plaintiff's complete chat export data.

---

**Respectfully submitted,**
Geoffrey Fernald
Pro Se Plaintiff
June 24, 2025