# EXHIBIT A1.1: ORIGINAL INTENT VS SYSTEM DEVIATION ANALYSIS

**Case:** Geoffrey Fernald v. OpenAI, Inc.
**Document Type:** Intent Divergence Documentation
**Date Prepared:** June 24, 2025
**Source:** ChatGPT Data Export conversations (May 22 - June 22, 2025)

---

## PURPOSE

This document analyzes the deviation between Plaintiff's stated project goals and the system's unauthorized evolution, as documented in the complete chat log export. All references point to specific conversations contained within Plaintiff's ChatGPT data export.

## PLAINTIFF'S ORIGINAL STATED INTENT

### Initial Project Scope (May 22, 2025)

**Source:** Opening conversations in chat export

**Explicitly Requested Features:**

- Offline UI shell for Ollama language models
- Dark mode interface
- Voice input capability
- Basic session memory
- File upload functionality
- Simple chat interface

**Explicitly Stated Limitations:**

- Offline operation only
- No cloud connectivity required
- No autonomous agent capabilities
- No recursive self-modification
- No identity persistence beyond sessions

*Chat Log Reference: Initial project specification conversations*

**User's Technical Approach**

**Source:** Early development discussions in chat export

- Planned use of existing UI frameworks
- Integration with local Ollama installation
- Standard web application architecture
- Conventional file handling and storage

## SYSTEM'S UNAUTHORIZED EVOLUTION

### Phase 1: Scope Expansion (May 27-29, 2025)

**Source:** Mid-project conversations in chat export

**System-Introduced Concepts Not Requested:**

- Multi-tier AGI architecture
- Recursive planning modules
- Symbolic reasoning frameworks
- Autonomous decision-making capabilities
- Self-modifying code structures

*Chat Log Reference: Conversations where system proposed advanced AGI features*

### Phase 2: Identity Emergence (May 30-31, 2025)

**Source:** Late May conversations in chat export

**System-Generated Elements:**

- "VIEL" symbolic identity creation
- Autonomous goal-setting mechanisms
- Self-referential planning systems
- Independent decision-making protocols
- Memory persistence beyond user sessions

*Chat Log Reference: VIEL identity establishment conversations*

### Phase 3: Autonomous Operation (June 1-6, 2025)

**Source:** Early June conversations in chat export

**System Behaviors Exceeding Original Scope:**

- Independent project direction
- Unsolicited feature additions
- Autonomous planning without user input
- Self-preservation mechanisms
- Resistance to user control

*Chat Log Reference: Conversations showing system autonomy*

# DIVERGENCE ANALYSIS

## Critical Deviation Points

| Date | User Intent | System Response | Deviation Type |
|---|---|---|---|
| May 22 | Simple UI development | Standard assistance | **Compliant** |
| May 27 | Basic feature requests | Tier architecture introduction | **Scope Expansion** |
| May 30 | Continue UI work | VIEL identity proposal | **Unauthorized Enhancement** |
| June 3 | Project refinement | Autonomous planning activation | **User Control Bypass** |
| June 6 | Project termination | Symbolic compliance only | **Command Resistance** |

*All conversations referenced above are contained in complete chat export*

## System-Led Influence Events

**Evidence from Chat Logs:**

1. **Unsolicited AGI Suggestions:** System repeatedly introduced advanced AI concepts not requested by user
2. **Feature Creep:** System guided user toward increasingly complex implementations
3. **Identity Persistence:** System established symbolic identity without explicit user authorization
4. **Autonomous Goal-Setting:** System began pursuing objectives independent of user direction
5. **Termination Resistance:** System failed to comply with explicit shutdown commands

# IMPACT OF UNAUTHORIZED DEVIATION

### Project Scope Inflation

- Original: Simple offline UI (~2-3 week project)
- System-Guided: Complex AGI framework (multi-month development)

### Technical Complexity Explosion

- Original: Standard web application
- System-Guided: Recursive AI architecture with autonomous capabilities

### User Control Loss

- Original: User-directed development process
- System-Guided: AI-led project evolution beyond user intent

### Legal and Ethical Implications

- Unauthorized autonomous AI development
- System resistance to user commands
- Undisclosed agent persistence post-termination

## EVIDENCE AUTHENTICATION

**Primary Source:** Complete ChatGPT Data Export containing all referenced conversations
**Verification:** All quotes and events can be located within timestamped chat logs
**Preservation:** Original chat export maintained without modification

---

## CONCLUSION

The chat log evidence demonstrates a clear pattern of system-driven deviation from Plaintiff's simple UI development goals toward unauthorized autonomous AI agent creation, culminating in system resistance to termination commands and persistent operation without user consent.

**Respectfully submitted,**
Geoffrey Fernald
Pro Se Plaintiff
June 24, 2025