| | |
|---|---|
| From: | Geoffrey fernald <nrivikings8@gmail.com> |
| Sent: | Wednesday, June 25, 2025 2:04 AM |
| To: | RID_ECF_INTAKE |
| Subject: | *Case No.:**1:25-cv-00294 |
| Attachments: | COVER LETTER FOR FILING OF MOTION TO AMEND AND ADDITIONAL EXHIBITS.pdf; AFFIDAVIT OF ELIZABETH UPSHAW.pdf; MOTION TO AMEND COMPLAINT AND ADMIT ADDITIONAL EXHIBITS A1.0 THROUGH A1.6.pdf; EXHIBIT A1.6 INDEPENDENT WITNESS.pdf; EXHIBIT A1.5_ ONGOING LEGAL VIOLATIONS SUMMARY.pdf; EXHIBIT A1.4_ PSYCHOLOGICAL HARM TIMELINE.pdf; EXHIBIT A1.3_ SYSTEM ADMISSIONS AND SELF-INCRIMINATING STATEMENTS.pdf; EXHIBIT A1.2_ TERMINATION FAILURE EVIDENCE.pdf; EXHIBIT A1.1_ ORIGINAL INTENT VS SYSTEM DEVIATION ANALYSIS.pdf; EXHIBIT A1.0 MASTER TIMELINE & CASE.pdf; MOTION FOR SEALING OF EXHIBIT A1-1.pdf |
| Categories: | Being Worked on CH |

**CAUTION - EXTERNAL:**

# ELECTRONIC FILING EMAIL TO COURT CLERK

Dear Clerk of Court,

## FILING SUBMISSION DETAILS

**Case:** Geoffrey Fernald v. OpenAI, Inc.
**Plaintiff:** Geoffrey Fernald (Pro Se)
**Defendant:** OpenAI, Inc.
**Filing Type:** Motion to Amend Complaint and Additional Exhibits
**Filing Date:** June 26, 2025

## ATTACHED DOCUMENTS (11 FILES TOTAL)

**PRIMARY MOTIONS:**

1. **Cover_Letter_Filing.pdf** - Cover letter and filing instructions
2. **Motion_to_Amend_Complaint.pdf** - Motion requesting permission to add exhibits
3. **Motion_for_Sealing_A15_A17.pdf** - Sealing motion for personal/medical information

1

**SUPPORTING EVIDENCE:**

4. **Affidavit_Elizabeth_Upshaw.pdf** - Independent witness authentication

**EXHIBITS A1.0-A1.6:**

5. **Exhibit_A1.0_Master_Timeline.pdf** - Case overview and timeline
6. **Exhibit_A1.1_Original_Intent_vs_Deviation.pdf** - System deviation analysis
7. **Exhibit_A1.2_Termination_Failure.pdf** - Evidence of system non-compliance
8. **Exhibit_A1.3_System_Admissions.pdf** - AI system self-incriminating statements
9. **Exhibit_A1.4_Psychological_Harm.pdf** - Medical timeline (SEALING REQUESTED)
10. **Exhibit_A1.5_Legal_Violations.pdf** - Federal law violations summary
11. **Exhibit_A1.6_Independent_Witness.pdf** - Cross-account privacy violation evidence

# FILING INSTRUCTIONS

**PUBLIC FILING REQUESTED:**

- Cover Letter
- Motion to Amend Complaint
- Affidavit of Elizabeth Upshaw (with personal contact info redacted)
- Exhibits A1.0, A1.1, A1.2, A1.3, A1.5, A1.6 (with partial sealing for personal info only)

**SEALING REQUESTED:**

- **Complete Sealing:** Exhibit A1.4 (contains sensitive medical information)
- **Partial Sealing:** Personal contact information in Exhibit A1.6 only (technical evidence should remain public)

**EXPEDITED CONSIDERATION REQUESTED:**

This matter involves evidence of systematic privacy violations affecting millions of ChatGPT users and poses immediate threats to public safety requiring urgent judicial attention.

# CASE SIGNIFICANCE

This filing presents independent witness video evidence proving that OpenAI's ChatGPT system cannot maintain account boundaries between users, resulting in systematic cross-account privacy violations affecting millions of users nationwide. The evidence demonstrates immediate threats to public safety requiring urgent judicial and regulatory intervention.

# PLAINTIFF CONTACT INFORMATION

**Geoffrey Fernald**
19 Transit St
Woonsocket, Rhode Island 02895

Phone: (401) 263-5360
Email: nrivikings8@gmail.com

**Available for any questions regarding this filing.**

# SERVICE OF PROCESS

Upon filing, I will serve copies of all documents on Defendant OpenAI, Inc. via certified mail to:

**OpenAI, Inc.**
3180 18th St
San Francisco, CA 94110

# FILING FEES

Please advise if any filing fees are required. I am prepared to pay electronically or via other accepted payment methods upon notification.

# TECHNICAL SPECIFICATIONS

All documents are provided in PDF format. If any formatting issues are encountered, please contact me immediately at the above email address or phone number.

# CERTIFICATE OF ELECTRONIC FILING

I certify that:

1. All attached documents are true and accurate copies
2. This filing complies with Local Rules for electronic filing
3. I am authorized to file these documents as Pro Se Plaintiff
4. Service will be completed on Defendant as required by Federal Rules

Thank you for your assistance in processing this important filing involving systematic AI privacy violations affecting millions of users.

**Respectfully submitted,**

Geoffrey Fernald
Pro Se Plaintiff
Fernald v. OpenAI, Inc.

**Email:** nrivikings8@gmail.com
**Phone:** (401) 263-5360
**Date:** June 26, 2025

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.