| | |
|---|---|
| **From:** | Geoffrey fernald <nrivikings8@gmail.com> |
| **Sent:** | Monday, July 14, 2025 2:02 PM |
| **To:** | RID_ECF_INTAKE |
| **Attachments:** | # OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME.pdf |
| | |
| **Categories:** | Being Worked on CH |

CAUTION - EXTERNAL:

Subject: Pro Se Filing: Opposition to Defendant's Motion for Extension of Time - Case No. 1:25-cv-00294-JJM-PAS

Dear Clerk of Court,

I am the pro se plaintiff in the above-referenced case, Geoffrey Fernald v. OpenAI, Inc. Please find attached my Opposition to Defendant's Motion for Extension of Time (Document #28), filed pursuant to Federal Rule of Civil Procedure 6(b). The document is submitted in PDF format as required.

A Certificate of Service is included in the filing, confirming service via the Court's ECF system on Defendant's counsel: Zachary A. Cunha (zcunha@nixonpeabody.com) and Sachli Balazadeh-Nayeri (snayeri@wsgr.com).

If electronic filing privileges are needed or if any additional steps are required for docketing, please advise. I can be reached at nrivikings8@gmail.com or 401-263-5360.

Thank you for your assistance.

Respectfully,

Geoffrey Fernald
Pro Se Plaintiff
19 Transit Street
Woonsocket, Rhode Island 02895
nrivikings8@gmail.com
401-263-5360

Dated: July 14, 2025

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.