# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**GEOFFREY FERNALD,**
    **Plaintiffs,**

    **v.**                                                                                            C.A. No. 25-294 JJM

**OPENAI, INC.,**
    **Defendants.**

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Order entered on September 15th, 2025 by this Court.

                                                                   Enter:

                                                                   /s/ Ryan H. Jackson

                                                                   Deputy Clerk

Dated: September 15, 2025